UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GANG WANG et al.,<br><br>  Plaintiffs,<br><br>v.<br><br>UR M. JADDOU et al.,<br><br>  Defendants. | Case No. 2:22-cv-02715-SB-PLA<br><br>ORDER TO SHOW CAUSE RE: LACK OF PROSECUTION |

    The complaint in this case was filed on April 23, 2022. Dkt. No. 1. The Court issued an order to show cause why the action should not be dismissed for lack of prosecution because Plaintiffs failed to timely file proof of service. Dkt. No. 9. Plaintiffs responded by filing proof of service, dated May 1, 2022, and by filing a response explaining the failure to file such proof. Dkt. Nos. 10, 11. The Court hereby **DISCHARGES** that order to show cause, Dkt. No. 9.

    Generally, the United States, United States agencies, and United States officers and employees must answer a complaint within 60 days after service. *See* Fed. R. Civ. P. 12(a)(2). Because Defendants were served on May 1, 2022, their responsive pleadings were due on July 1, 2022. None have been filed, and Plaintiffs have not sought entry of default or default judgment. Accordingly, the Court **ORDERS** Plaintiffs to show cause, in writing, no later than **September 7, 2022**, why this action should not be dismissed for lack of prosecution.

    The Court will consider as an appropriate response to this Order to Show Cause the filing, on or before the above date, of an application for entry of default under Rule 55(a). No oral argument on this matter will be heard unless otherwise ordered by the Court. *See* Fed. R. Civ. P. 78; L.R. 7-15.

     Upon receipt of the remedy mentioned above, this Order to Show Cause will be automatically discharged without further order.  Failure to respond to timely respond will result in the dismissal without prejudice of the action in its entirety.

IT IS SO ORDERED.

Date: August 30, 2022

                                                  Stanley Blumenfeld, Jr.
                                                United States District Judge