UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

JS-6

GANG WANG et al.,

    Plaintiffs,

v.

UR M JADDOU et al.,

    Defendants.

Case No. 2:22-cv-02715-SB-PLA

ORDER DISMISSING CASE WITHOUT PREJUDICE FOR LACK OF PROSECUTION

    On September 8, 2022, the Court denied Plaintiffs' motion for default judgment and ordered Plaintiffs to file proof that they have properly served Defendants in this action by September 19, 2022. Dkt. No. 14. The Court noted that if Plaintiffs failed to file such proof, "the case will be dismissed without prejudice for lack of prosecution." *Id*. at 2. Because Plaintiffs have not filed proof of proper service, the case is DISMISSED without prejudice for lack of prosecution.

IT IS SO ORDERED.

Date: September 21, 2022

                                        Stanley Blumenfeld, Jr.
                                      United States District Judge